Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Shanae Rose

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SHANAE ROSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-06715-E<br><br>ORDER OF DISMISSAL |

　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　IT IS SO ORDERED.

DATE: June 7, 2021

　　　　　　　　　　　　/s/ CHARLES F. EICK
　　　　　　　　　　　　_____
　　　　　　　　　　　　THE HONORABLE CHARLES F. EICK
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-